U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TOUHY & TOUHY, LTD. v. ERIK H. LANGELAND and ERIK H. LANGELAND, P.C. a professional corporation | FILED: MAY 21, 2008 08CV2950   TC JUDGE HOLDERMAN MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOUHY & TOUHY, LTD.

| | |
|---|---|
| NAME (Type or print) E. Steven Yonover | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ E. Steven Yonover | |
| FIRM | |
| STREET ADDRESS 161 N. Clark Street, Suite 2210 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3088324 | TELEPHONE NUMBER (312) 236-9493 / (847) 205-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |