IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOUHY & TOUHY, Ltd., a professional corporation, </br></br>　　　　Plaintiff, </br></br>　v. </br></br>ERIK H. LANGELAND and </br>ERIK H. LANGELAND, P.C. </br>a professional corporation, </br></br>　　　　Defendants. | ) </br>) </br>) </br>) </br>) No.　08 cv 2950 </br>) </br>) Judge Holderman </br>) </br>) Magistrate Judge Ashman </br>) </br>) </br>) |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will continuing throughout the pendency of this case.

In compliance with those provision, this Corporate Disclosure State is filed on behalf of Touhy & Touhy, Ltd.

1.　　Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

　　　　_____ Yes　　　　　　　__x__ No

If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the named party:

2.　　Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

　　　　_____ Yes　　　　　　　__x__ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

Date:   May 21, 2008                              Respectfully submitted,

*[signature]*

Timothy J. Touhy
On behalf of Touhy & Touhy, Ltd.

/s/E. Steven Yonover
E. Steven Yonover
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(312) 236-9493
(847) 205-0022

Attorney for Plaintiff