AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOUHY & TOUHY, LTD.

V.

ERIK H. LANGELAND and
ERIK H. LANGELAND, P.C., a professional corporation

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Erik H. Langeland, 300 East 34th Street, #25E, New York, New York  10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

E. Steven Yonover
161 N. Clark Street
Suite 2210
Chicago, Illinois  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes
-------------------------------------
(By) DEPUTY CLERK

**May 21, 2008**
-------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

TOUHY & TOUHY, LTD.            )
                    Plaintiff  )
                               )   08 CV 2950
    -vs-                       )
                               )   AFFIDAVIT OF AUTHORIZED SERVICE
ERIK H. LANGELAND, and ERIK H. )
LANGELAND, P.C., a professional)   Summons, Complaint, Jury Demand, Notice of
corporation                    )   Filing, Exhibit 1, Exhibit 2 and Exhibit 3
                    Defendant  )

Received by 1-800-SERVE-EM on May 22, 2008 at 2:43 PM to be served on Erik H. Langeland, 300 East 34th Street, #25E New York, NY 10016.

I, Robin Ramson #956-346, who being duly sworn, depose and say that on May 27, 2008 at 12:45 AM, I:

Served Erik H. Langeland by delivering a true copy of the Summons, Complaint, Jury Demand, Notice of Filing, Exhibit 1, Exhibit 2 and Exhibit 3 with the date and hour of service endorsed thereon by me, to Luis Garcia, Doorman, authorized to accept service at 300 East 34th Street, #25E New York, NY 10016.

**Sex:** Male           **Weight:** 160 lbs       **Height:** 6'2"
**Hair Color:** Gray    **Skin Color:** Brown     **Military Enrollment:** No

Said premises are defendant's last known residence within the State of New York. On May 23rd, 2008, I also enclosed a copy of same Summons, Complaint, Jury Demand, Notice of Filing, Exhibit 1, Exhibit 2 and Exhibit 3 in a postal sealed wrapper properly marked Personal and Confidential and addressed to Erik H. Langeland, 300 East 34th Street, #25E, New York, NY 10016 and deposited said wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

_____
Robin Ramson #956-346
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008299388
Reference: 08 CV 2950

1-800-SERVE-EM

State of: New York
County of: New York
Subscribed and sworn to before me,

_____
NOTARY PUBLIC    JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New Yok County
Commission Expires June 14, 2012

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TOUHY & TOUHY, Ltd.,** a professional corporation, | ) ) ) |
| **Plaintiff,** | ) No.    08 cv 2950 ) |
| v. | ) Judge Holderman ) |
| **ERIK H. LANGELAND and ERIK H. LANGELAND, P.C.** a professional corporation, | ) Magistrate Judge Ashman ) ) ) |
| **Defendants.** | ) |

## NOTICE OF FILING

TO:   Kimberly E. Rients Blair
      Tyler Mertes
      Gordon & Rees, LLP
      1 North Franklin Street, 1800
      Chicago, Illinois 60606


     PLEASE TAKE NOTICE that on June 18, 2008, I shall file with the clerk of the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and the attached the attached **PROOF OF SERVICE OF SUMMONS**, a copy of which is attached hereto and served upon you.


                                            /s/E. Steven Yonover
                                            E. Steven Yonover
                                            One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I, the undersigned, certify that a copy of the foregoing **PROOF OF SERVICE OF SUMMONS** was served on the following individuals, via electronic mail and/or ordinary U.S. mail, postage prepaid, this 18th day of June, 2008.

Kimberly E. Rients Blair
Tyler Mertes
Gordon & Rees, LLP
1 North Franklin Street, 1800
Chicago, Illinois 60606

                                                  /s/E. Steven Yonover
                                                  E. Steven Yonover
                                                  One of the Attorneys for Plaintiff

E. Steven Yonover
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(312) 236-9493
(847) 205-0022