AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOUHY & TOUHY, LTD.

V.

ERIK H. LANGELAND and
ERIK H. LANGELAND, P.C., a professional
corporation

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Erik H. Langeland, 500 Fifth Avenue, Suite 1610, New York, New York 10010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

E. Steven Yonover
161 N. Clark Street
Suite 2210
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_J. Cervantes_   —   **May 21, 2008**
---------------------------------   ---------------------------------
(By) DEPUTY CLERK                                     Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　Date　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TOUHY & TOUHY, LTD. | ) | |
| Plaintiff | ) | 08 CV 2950 |
| -vs- | ) | AFFIDAVIT OF PERSONAL SERVICE |
| ERIK H. LANGELAND, and ERIK H. LANGELAND, P.C., a professional corporation | ) ) ) | Summons, Complaint, Jury Demand, Notice of Filing, Exhibit 1, Exhibit 2 and Exhibit 3 |
| Defendant | ) | |

Received by 1-800-SERVE-EM on May 22, 2008 at 2:30 PM to be served on Erik H. Langeland, 500 Fifth Avenue, Suite 1610 New York, NY 10010.

I, Robin Ramson #956-346, who being duly sworn, depose and say that on May 23, 2008 at 11:35 AM, I:

Individually Served the within named person by delivering a true copy of the Summons, Complaint, Jury Demand, Notice of Filing, Exhibit 1, Exhibit 2 and Exhibit 3 with the date and hour endorsed thereon by me, to Erik H. Langeland at 500 Fifth Avenue, Suite 1610 New York, NY 10010.

**Sex:** Male    **Weight:** 160 lbs    **Height:** 5' 5"
**Age:** 37    **Skin Color:** White    **Military Enrollment:** No

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

_____
Robin Ramson #956-346
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008298493
Reference: 08 CV 2950

State of: New York
County of: New York
Subscribed and sworn to before me,

NOTARY PUBLIC Jolantyna Cagney
JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2012

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TOUHY & TOUHY, Ltd.,** <br> a professional corporation, | ) <br> ) <br> ) |
| Plaintiff, | ) No.     08 cv 2950 <br> ) |
| v. | ) Judge Holderman <br> ) |
| **ERIK H. LANGELAND** and <br> **ERIK H. LANGELAND, P.C.** <br> a professional corporation, | ) Magistrate Judge Ashman <br> ) <br> ) <br> ) |
| Defendants. | ) |

**NOTICE OF FILING**

TO:   Kimberly E. Rients Blair
       Tyler Mertes
       Gordon & Rees, LLP
       1 North Franklin Street, 1800
       Chicago, Illinois 60606


       PLEASE TAKE NOTICE that on June 18, 2008, I shall file with the clerk of the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and the attached the attached **PROOF OF SERVICE OF SUMMONS**, a copy of which is attached hereto and served upon you.


                                            /s/E. Steven Yonover
                                            E. Steven Yonover
                                            One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that a copy of the foregoing **PROOF OF SERVICE OF SUMMONS** was served on the following individuals, via electronic mail and/or ordinary U.S. mail, postage prepaid, this 18th day of June, 2008.

Kimberly E. Rients Blair
Tyler Mertes
Gordon & Rees, LLP
1 North Franklin Street, 1800
Chicago, Illinois 60606

                                        /s/E. Steven Yonover
                                        E. Steven Yonover
                                        One of the Attorneys for Plaintiff

E. Steven Yonover
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(312) 236-9493
(847) 205-0022