**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Touhy & Touhy, Ltd.
                            Plaintiff,

v.                                              Case No.: 1:08−cv−02950
                                                Honorable James F. Holderman

Erik H. Langeland, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable James F. Holderman: Defendants' motion to dismiss [8] is granted. Plaintiff is given leave to file a first amended complaint by 6/26/2008; defendants are given until 7/10/2008 to plead to the first amended complaint. If a motion is filed, the defendants shall notice it for 7/15/2008 at 9:00 AM. Status hearing set for 7/15/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.