U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08 CV 2950

Touhy & Touhy, Ltd., a professional corporation

v.

Erik H. Langeland and Erik H. Langeland, P.C., a professional

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Erik H. Langeland and Erik H. Langeland, P.C.

| | |
|---|---|
| NAME (Type or print) <br> Thomas Cronin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas Cronin | |
| FIRM <br> Gordon & Rees LLP | |
| STREET ADDRESS <br> 1 N. Franklin Street, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282701 | TELEPHONE NUMBER <br> (312) 980-6770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑     APPOINTED COUNSEL ☐ | |