UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOUHY & TOUHY, Ltd., a professional corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>ERIK H. LANGELAND and ERIK H. LANGELAND, P.C. a professional corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>) Case No.  08 CV 2950<br>)<br>) Judge Holderman<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

To:  E. Steven Yonover
E. Steven Yonover & Associates
161 N. Clark, Suite 2210
Chicago, Illinois 60601

        PLEASE TAKE NOTICE that on the July 15, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard I shall appear before the Judge James F. Holderman, or any Judge sitting in his place or stead, in Room 2541 of the U.S. District Court, Northern District of Illinois, and then and there present *Defendant's Motion to Dismiss*, a copy of which is attached and hereby served upon you.

                                                                        Respectfully submitted,

                                                                        By: ___/s/_____
                                                                        Attorneys for Defendants
                                                                        ERIK H. LANGELAND and ERIK H.
                                                                        LANGELAND, P.C.

Kimberly E. Rients Blair
Gordon & Rees LLP
One North Franklin
Suite 1800
Chicago, Illinois  60606
(312) 565-1400

//5731892v.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOUHY & TOUHY, Ltd., a professional corporation, | ) ) ) ) |
| Plaintiff, | ) Case No. 08 CV 2950 ) |
| vs. | ) Judge Holderman ) |
| ERIK H. LANGELAND and ERIK H. LANGLAND, P.C. a professional corporation, | ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served via electronic mail on July 10, 2008 to:

E. Steven Yonover
E. Steven Yonover & Associates
161 N. Clark, Suite 2210
Chicago, Illinois 60601

Respectfully submitted,

By: /s/ Kimberly E. Rients Blair
Attorneys for Defendants
ERIK H. LANGELAND and ERIK H. LANGELAND, P.C.

Kimberly E. Rients Blair
Gordon & Rees LLP
One North Franklin
Suite 1800
Chicago, Illinois 60606
(312) 565-1400

//5731855v.1