UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Touhy & Touhy, Ltd.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−02950
                                                Honorable James F. Holderman

Erik H. Langeland, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

 MINUTE entry before the Honorable James F. Holderman: Status hearing held on 7/15/2008. On Defendants Erik H. Langeland, Erik H. Langeland, P.C.'s motion to dismiss [17], response due by 7/29/2008; reply due by 8/12/2008. The Court to rule electronically. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.