IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TOUHY & TOUHY, Ltd.,** a professional corporation, ) ) ) | |
| **Plaintiff,** ) | ) No.   08 cv 2950 |
| ) | ) |
| v. ) | ) Judge Holderman |
| ) | ) |
| **ERIK H. LANGELAND and** ) | ) Magistrate Judge Ashman |
| **ERIK H. LANGELAND, P.C.** ) | |
| a professional corporation, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

TO:   Kimberly E. Rients Blair
    Tyler Mertes
    Gordon & Rees, LLP
    1 North Franklin Street, 1800
    Chicago, Illinois 60606


    PLEASE TAKE NOTICE that on August 21, 2008 at 9:00 am or as soon thereafter as counsel may be heard,  I shall appear before the Honorable Judge James F. Holderman or any other Judge sitting in his stead, in the courtroom usually occupied by him in Room 2541 at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **PLAINTIFFS MOTION FOR DISCLOSURE OR LIMITED DISCOVERY UNDER RULE 12 (b)(1)**.

Date:   August 15, 2008                              Respectfully submitted,

                                                      /s/E. Steven Yonover
                                                      E. Steven Yonover
                                                      161 North Clark Street
                                                      Suite 2210
                                                      Chicago, Illinois 60601
                                                      (312) 236-9493
                                                      (847) 205-0022

                                                      One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a copy of the foregoing **PROOF OF SERVICE OF SUMMONS** was served on the following individuals, via electronic mail and hand delivery this 15th day of August, 2008.

                                    Kimberly E. Rients Blair
                                    Tyler Mertes
                                    Gordon & Rees, LLP
                                    1 North Franklin Street, 1800
                                    Chicago, Illinois 60606

                                                      /s/E. Steven Yonover

E. Steven Yonover
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(312) 236-9493
(847) 205-0022