## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 02950 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Touhy & Touhy, Ltd. vs. Langeland, et al. | | |

**DOCKET ENTRY TEXT**

The court takes [23] Plaintiff's Motion for Disclosure or Limited Discovery Under Rule 12(b)(1) under advisement. The parties are to confer to resolve the issues. If a complete agreement is not reached on the Motion, Defendant's response is due 09/08/08 and Plaintiff's Reply is due 09/22/08. The motion hearing set for 8/21/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|